1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL POWER,

                Petitioner,

      v.

LARRY SMALL,

              Respondent.

CASE NO. ED CV 09-706-JVS (PJW)

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE AND DENYING
CERTIFICATE OF APPEALABILITY

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
Petition, records on file, and the Report and Recommendation of the
United States Magistrate Judge.  Further, the Court has engaged in a
*de novo* review of those portions of the Report to which Petitioner has
objected.  The Court accepts the findings and recommendation of the
Magistrate Judge.

    Further, for the reasons stated in the Report and
Recommendation, the Court finds that Petitioner has not made a
substantial showing of the denial of a constitutional right and,
therefore, a certificate of appealability is denied.  *See* Rules
Governing Section 2254 Cases in the United States District Courts,

1   Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

2   *v. Cockrell*, 537 U.S. 322, 336 (2003).

4   DATED:          9.14.11          .

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

28   S:\PJW\Cases-State Habeas\POWER, M 706\Order accep r&r.wpd