UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL POWER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LARRY SMALL,<br><br>　　　　　Respondent. | CASE NO. ED CV 09-706-JVS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:　　　9.14.11　　.

　　　　　　　　　　　　　/s/ James V. Selna
　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\POWER, M 706\Judgment.wpd